## Fleming M. Watkins, Appellee, v. Southern Railway Company, Appellant.

### Gen. No. 23,127.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. ROBERT TURNEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and remanded. Opinion filed January 31, 1918.

### Statement of the Case.

Action under the Federal Employers' Liability Act by Fleming M. Watkins, plaintiff, against Southern Railway Company, a corporation, defendant. From a judgment for plaintiff for $3,000, defendant appeals.

KRAMER, KRAMER & CAMPBELL and POMEROY & MARTIN, for appellant; EDWARD P. HUMPHREY, of counsel.

MORSE IVES, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 683*—*when verdict for plaintiff in action for personal injuries not sustained by evidence.* In an action under the Federal Employers' Liability Act by the foreman of a night crew to recover for personal injuries alleged to have been received through the moving of a car by the striking of other cars that were being switched in defendant's yard, thereby causing defendant to be thrown from such car while he was engaged in locating the cars which were to be switched, pursuant to his employer's orders, evidence *held* insufficient to support a judgment for plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.